No. 87–6700. SELVAGE *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Motion of peti-

tioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition, but rephrased as follows: "At the time petitioner was tried, was there 'cause' for not raising a claim based upon arguments later accepted in *Penry* v. *Lynaugh*, 492 U. S. 302 (1989), and if not, would the application of a procedural bar to the claim result in a 'fundamental miscarriage of justice,' *Smith* v. *Murray*, 477 U. S. 527, 537–538 (1986)?"